E-FILED
Friday, 23 August, 2013 02:12:19 PM
Clerk, U.S. District Court, ILCD

*12651//mtn.ptc*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OSF HEALTHCARE SYSTEM an Illinois not for profit corporation d/b/a SAINT FRANCIS MEDICAL CENTER,<br>    Plaintiff,<br><br>vs.<br><br>EMPLOYEE SECURITY BENEFITS PLAN, FEDERATED INSURANCE COMPANY, FREEDOM SERVICES, INC., MKM OIL, INC. DEDUCTIBLE REIMBURSEMENT PLAN, and CHRISTINE A. SMITH,<br>    Defendants. | No. 11 cv 1365 |

## JOINT MOTION FOR PRE-TRIAL CONFERENCE

Parties hereto move for this mater to be referred to the Magistrate Judge for the setting of a pre-trial settlement conference. In support thereof, states as follows:

1. This matter involves a claim for medical benefits allegedly payable under a policy of health insurance. The parties hereto have engaged in informal settlement discussions and wish to have this matter referred to the Magistrate to conduct a non-binding settlement conference.

2. Counsel for Defendant, FEDERATED, has spoken with counsel for Plaintiff and both have agreed that the Court's assistance may help in resolution of this matter.

Respectfully Submitted,

FEDERATED MUTUAL INSURANCE COMPANY, incorrectly sued as Federated Insurance Company, Defendant

*Troy A. Lundquist*
Troy A. Lundquist/#06211190
Langhenry, Gillen, Lundquist & Johnson, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432

## CERTIFICATE OF SERVICE

  I, the undersigned, an attorney, state that I caused to be served the foregoing, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 23rd day of August, 2013.

             *Troy A. Lundquist*
             Troy A. Lundquist
             Langhenry Gillen, Lundquist & Johnson, LLC