*12651//nof.mtn*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OSF HEALTHCARE SYSTEM an Illinois not for profit corporation d/b/a SAINT FRANCIS MEDICAL CENTER,<br>     Plaintiff, | )<br>)<br>)<br>)<br>) |
| vs. | )   No. 11 cv 1365<br>) |
| EMPLOYEE SECURITY BENEFITS PLAN, FEDERATED INSURANCE COMPANY, FREEDOM SERVICES, INC., MKM OIL, INC. DEDUCTIBLE REIMBURSEMENT PLAN, and CHRISTINE A. SMITH,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

TO:   All Parties

PLEASE BE ADVISED that on August 23, 2013, Defendant, FEDERATED MUTUAL INSURANCE COMPANY, incorrectly sued as FEDERATED INSURANCE COMPANY, filed with the Clerk of the United States District Court, Central District of Illinois, the attached **JOINT MOTION FOR PRE-TRIAL CONFERENCE.**

FEDERATED MUTUAL INSURANCE COMPANY, incorrectly sued as FEDERATED INSURANCE COMPANY, Defendant

*Troy A. Lundquist*
Troy A. Lundquist/#06211190
Langhenry, Gillen, Lundquist & Johnson, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois  60432

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, state that I caused to be served the foregoing, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 23rd day of August, 2013.

*Troy A. Lundquist*
Troy A. Lundquist
Langhenry Gillen, Lundquist & Johnson, LLC